UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY N. CARD,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV-07-0377-CI<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 22). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), including, but not limited to, the following:

The administrative law judge (ALJ) will re-evaluate the medical source opinions of record, particularly the opinions and testimony of Dr. Rosekrans and the opinions of Dr. Beaty and Bailey; obtain testimony from a medical expert to clarify the issue of the severity

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

Case 2:07-cv-00377-CI   Document 23   Filed 08/07/08

of Plaintiff's alcohol abuse and its impact, if any, on his mental impairments; re-evaluate the severity of Plaintiff's mental impairments, giving consideration throughout the sequential evaluation process to severe and non-severe impairments, alone and in combination, and with and without the effects of substance abuse; re-evaluate the credibility of Plaintiff's subjective complaints; re-evaluate Plaintiff's RFC; and, as warranted, obtain supplemental evidence from a vocational expert at step five of the sequential evaluation process.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated Motion for Remand **(Ct. Rec. 22)** is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED August 7, 2008.

                    S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE